## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JOHN J. DOUGHERTY, | : No. 31 EM 2022 |
| Petitioner | : |
| v. | : |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of July, 2022, having considered the Superior Court's June 29, 2022 *per curiam* memorandum opinion (Memorandum Opinion) in response to this Court's June 23, 2022 *per curiam* order, it is hereby ordered that the Superior Court's June 9, 2022 *per curiam* order, denying Petitioner's "Emergency Application for Extraordinary Relief to Vacate Terms of Supersedeas Granted Below" is **VACATED** and the matter is **REMANDED** to the Superior Court with instructions to (a) vacate the May 3, 2022 order of the Court of Common Pleas of Philadelphia County (trial court), which denied Petitioner's emergency petition seeking to modify the terms of the automatic supersedeas pursuant to Pa.R.A.P. 1737(a)(4); and (b) promptly remand the matter to the trial court for further, expedited proceedings consistent with the Memorandum Opinion.

    Jurisdiction relinquished.

    Justices Dougherty and Wecht did not participate in the consideration or decision of this matter.